IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-045 (SLR) |
| | ) |
| EDWARDS LIFESCIENCES, CORP., | ) |
| EDWARDS LIFESCIENCES, LLC., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION AND ORDER
### FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Darren B. Schwiebert of the law firm Fredrickson & Byron, P.A. to represent the plaintiff, Medtronic, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Karen Jacobs Louden
_____
/s/Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Plaintiff Medtronic, Inc.
klouden@mnat.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                                    United States District Judge

469120

469120

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Darren B. Schwiebert
Fredrickson & Byron, P.A.
200 South Sixth Street, Ste. 4000
Minneapolis, MN 55402

469120

CERTIFICATE OF SERVICE

I hereby certify that June 9, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Philip A. Rovner

I further certify that on June 9, 2005, I caused to be served copies of the foregoing document on the following in the manner indicated:

**BY HAND**

Philip A. Rovner
Potter Anderson & Corroon
1313 N. Market St.
P.O. Box 951
Wilmington, DE 19899

/s/ Karen Jacobs Louden
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com

469120