IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDTRONIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-045 (SLR) |
| | ) | |
| EDWARDS LIFESCIENCES, CORP., | ) | |
| EDWARDS LIFESCIENCES, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following briefing schedule will control disposition of this action:

1. Defendants' opening brief on plaintiff's declaratory judgment action shall be filed and served on or before August 5, 2005.

2. Plaintiff's answering brief shall be filed and served on or before August 31, 2005.

3. Defendants' reply brief shall be filed and served on or before September 16, 2005.

4. Oral argument shall be held on October 12, 2005 at 4:00 p.m.

| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/* Karen Jacobs Louden | */s/* Philip A. Rovner |
| Karen Jacobs Louden (#2881) | Philip A. Rovner (#3215) |
| klouden@mnat.com | provner@potteranderson.com |
| Leslie A. Polizoti (#4299) | 1313 N. Market St. |
| 1201 N. Market Street | P.O. Box 951 |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1347 | (302) 984-6000 |
| (302) 658-9200 | Attorneys for defendants Edwards |
| Attorneys for plaintiff Medtronic, Inc. | Lifesciences, Corp. and Edwards Lifesciences, LLC |

470142

SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.

470142