IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDTRONIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-045 (SLR) |
| | ) | |
| EDWARDS LIFESCIENCES, CORP., | ) | |
| EDWARDS LIFESCIENCES, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following briefing schedule will control disposition of this action:

1. Defendants' opening brief on plaintiff's declaratory judgment action shall be filed and served on or before August 19, 2005.

2. Plaintiff's answering brief shall be filed and served on or before September 14, 2005.

3. Defendants' reply brief shall be filed and served on or before September 30, 2005.

| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Karen Jacobs Louden | /s/ Philip A. Rovner |
| By: _____ | By: _____ |
| Karen Jacobs Louden (#2881) | Philip A. Rovner (#3215) |
| klouden@mnat.com | provner@potteranderson.com |
| Leslie A. Polizoti (#4299) | P.O. Box 951 |
| 1201 N. Market Street | Wilmington, DE 19899 |
| P.O. Box 1347 | (302) 984-6000 |
| Wilmington, DE 19899-1347 | Attorneys for defendants Edwards |
| (302) 658-9200 | Lifesciences, Corp. and Edwards Lifesciences, |
| Attorneys for plaintiff Medtronic, Inc. | LLC |

SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.

469761