IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., | ) |
| | ) |
| Plaintiff, | ) C. A. No. 05-45 (SLR) |
| | ) |
| v. | ) |
| | ) |
| EDWARDS LIFESCIENCES CORP. and | ) |
| EDWARDS LIFESCIENCES LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION OF DEFENDANTS EDWARDS LIFESCIENCES CORP. AND EDWARDS LIFESCIENCES LLC FOR JUDGMENT AS A MATTER OF LAW DISMISSING PLAINTIFF'S DECLARATORY JUDGMENT ACTION**

Defendants, Edwards Lifesciences Corp. and Edwards Lifesciences LLC ("Edwards"), hereby move for judgment dismissing plaintiff's complaint for declaratory relief in its entirety. In support of its motion, Edwards submits its accompanying Opening Brief in Support of its Motion for Judgment as a Matter of Law Dismissing Plaintiff's Declaratory Judgment Action and the Declaration of Philip A. Rovner. A proposed Order regarding Edwards' motion to dismiss is also attached.

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Suzanne M. Hill (#4414)
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
E-mail: provner@potteranderson.com
              shill@potteranderson.com

Dated: August 19, 2005

*Attorneys for Defendants,*
*Edwards Lifesciences Corp. and*
*Edwards Lifesciences LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 19, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on August 19, 2005 I have sent by Federal Express the foregoing document to the following non-registered participant:

Darren B. Schweibert, Esq.
Fredrickson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402

_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com