# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., | ) |
| | ) |
| Plaintiff, | ) C. A. NO. 05-45 (SLR) |
| | ) |
| v. | ) |
| | ) |
| EDWARDS LIFESCIENCES CORP. and | ) |
| EDWARDS LIFESCIENCES LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Upon consideration of the motion of defendants Edwards Lifesciences Corp. and Edwards Lifesciences LLC for judgment dismissing plaintiff's declaratory judgment action in the above-captioned case, the plaintiff's response thereto, other pleadings on file in this case, and the arguments of counsel at the hearing of this matter:

It is hereby ORDERED this ____ day of _____, 2005 that plaintiff's complaint for declaratory relief is dismissed in its entirety:

_____
U.S. District Court Judge