

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Fax

August 26, 2005

**BY E-FILE**

Dr. Peter T. Dalleo
Clerk
The United States District Court
    for the District of Delaware
844 King Street
Wilmington, DE 19801

          Re: *Medtronic, Inc. v. Edwards Lifesciences Corp. and Edwards Lifesciences LLC*,
               D. Del., C.A. No. 05-45-SLR

Dear Dr. Dalleo:

      We represent Edwards Lifesciences Corp. and Edwards Lifesciences LLC ("Edwards") in the above-referenced matter. I am writing to report that Edwards has no redactions to its Opening Brief in Support of their Motion for Judgment as a Matter of Law Dismissing Plaintiff's Declaratory Judgment Action (D.I. 14), filed and served on August 19, 2005. Docket 14 should therefore remain under seal.

                        Very truly yours,

                        /s/ Philip A. Rovner

                        Philip A. Rovner
                        provner@potteranderson.com

PAR/mes/696514
cc:    Karen Jacobs Louden, Esq. – by e-file and hand delivery
        Darren B. Schwiebert, Esq. – by Federal Express