IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDTRONIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-045 (SLR) |
| | ) | |
| EDWARDS LIFESCIENCES CORP. and | ) | **PUBLIC VERSION** |
| EDWARDS LIFESCIENCES LLC., | ) | |
| | ) | |
| Defendants. | ) | |

**PUBLIC VERSION OF**
**DECLARATION OF PHILIP A. ROVNER IN SUPPORT OF EDWARDS**
**LIFESCIENCES CORP.'S AND EDWARDS LIFESCIENCES LLC'S**
**MOTION FOR JUDGMENT AS A MATTER OF LAW DISMISSING**
**PLAINTIFF'S  DECLARATORY JUDGMENT ACTION**

Philip A. Rovner (#3215)
Suzanne M. Hill (#4414)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail:  provner @potteranderson.com
             shill@potteranderson.com

*Attorneys for Defendants Edwards*
*Lifesciences Corp. and Edwards*
*Lifesciences LLC*

Dated:  August 19, 2005
Public Version – August 26, 2005

I, Philip A. Rovner, declare:

1.    I am a member of the firm of Potter Anderson & Corroon LLP, counsel for defendants Edwards Lifesciences Corp. and Edwards Lifesciences LLC ("Edwards") in the above-captioned case.

2.    I submit this declaration in support of Edwards' motion for judgment dismissing plaintiff's declaratory judgment action.

3.    Attached hereto as Exhibit A is a true and correct copy of the Stipulated Protective Order entered on February 23, 2001 in *Edwards Lifesciences Corp. and Edwards Lifesciences LLC v. Medtronic, Inc.*, D. Del., C.A. No. 00-621-SLR (D.I. 37).

4.    Attached hereto as Exhibit B

REDACTED

5.    Attached hereto as Exhibit C

REDACTED

6.    Attached hereto as Exhibit D

REDACTED

7.    Attached hereto as Exhibit E

REDACTED

8.    Attached hereto as Exhibit F

REDACTED

9.    Attached hereto as Exhibit G

REDACTED

10.      Attached hereto as Exhibit H

                         REDACTED


11.      Attached hereto as Exhibit I

                         REDACTED


12.      Attached hereto as Exhibit J

                         REDACTED


13.      Attached hereto as Exhibit K

                         REDACTED


14.      Attached hereto as Exhibit L

                         REDACTED


15.      Attached hereto as Exhibit M

                         REDACTED


16.      Attached hereto as Exhibit N

                         REDACTED


17.      Attached hereto as Exhibit O

                         REDACTED


18.      Attached hereto as Exhibit P

                         REDACTED

19.    Attached hereto as Exhibit Q

REDACTED


                                              /s/ Philip A. Rovner

Dated: August 19, 2005                        _____
Public Version – August 26, 2005                      Philip A. Rovner
696516


3

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on August 26, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on August 26, 2005 I have sent by Federal Express the foregoing document to the following non-registered participant:

Darren B. Schwiebert, Esq.
Fredrickson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402

/s/ Philip A. Rovner

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com