IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDTRONIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-045 (SLR) |
| | ) | |
| EDWARDS LIFESCIENCES, CORP., | ) | |
| EDWARDS LIFESCIENCES, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the briefing schedule on plaintiff's declaratory judgment action entered by the Court on August 2, 2005 (D.I. 12) is hereby extended as follows:

1. Plaintiff's answering brief shall be filed and served on or before October 14, 2005.

2. Defendants' reply brief shall be filed and served on or before October 31, 2005.

3. Oral argument shall be held on _____, 2005 at ____ __.m.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
| | |
| */s/ Karen Jacobs Louden* | */s/ Philip A. Rovner* |
| Karen Jacobs Louden (#2881) | Philip A. Rovner (#3215) |
| klouden@mnat.com | provner@potteranderson.com |
| Leslie A. Polizoti (#4299) | 1313 N. Market St. |
| 1201 N. Market Street | P.O. Box 951 |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1347 | (302) 984-6000 |
| (302) 658-9200 | Attorneys for defendants Edwards Lifesciences, Corp. and Edwards Lifesciences, LLC |
| Attorneys for plaintiff Medtronic, Inc. | |

SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.

483077