IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MEDTRONIC, INC.,                                )
                                               )
                    Plaintiff,                 )
                                               )
          v.                                   )    C.A. No. 05-045 (SLR)
                                               )
EDWARDS LIFESCIENCES, CORP.,                   )
EDWARDS LIFESCIENCES, LLC.,                    )
                                               )
                    Defendants.                )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the briefing schedule on plaintiff's declaratory judgment action entered by the Court on August 2, 2005 (D.I. 12) is hereby extended as follows:

1.      Plaintiff's answering brief shall be filed and served on or before October 14, 2005.

2.      Defendants' reply brief shall be filed and served on or before October 31, 2005.

3.      Oral argument shall be held on __November 10__, 2005 at 9:30 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL          POTTER ANDERSON & CORROON LLP

/s/ Karen Jacobs Louden                   /s/ Philip A. Rovner
Karen Jacobs Louden (#2881)               Philip A. Rovner (#3215)
klouden@mnat.com                          provner@potteranderson.com
Leslie A. Polizoti (#4299)                1313 N. Market St.
1201 N. Market Street                     P.O. Box 951
P.O. Box 1347                             Wilmington, DE 19899
Wilmington, DE 19899-1347                 (302) 984-6000
(302) 658-9200                            Attorneys for defendants Edwards
Attorneys for plaintiff Medtronic, Inc.   Lifesciences, Corp. and Edwards Lifesciences,
                                          LLC

SO ORDERED this _____15th_____ day of _September_ , 2005.

_____
U.S.D.J.

483077