IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDTRONIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-045 (SLR) |
| | ) | |
| EDWARDS LIFESCIENCES, CORP., | ) | |
| EDWARDS LIFESCIENCES, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that the briefing schedule on plaintiff's declaratory judgment action (D.I. 12, 19) is hereby

extended as follows: plaintiff's answering brief shall be filed and served on or before October 17,

2005.

MORRIS, NICHOLS, ARSHT & TUNNELL          POTTER ANDERSON & CORROON LLP

/s/ Leslie A. Polizoti                                        /s/ Philip A. Rovner

Karen Jacobs Louden (#2881)                        Philip A. Rovner (#3215)
Leslie A. Polizoti (#4299)                               1313 N. Market St.
1201 N. Market Street                                      P.O. Box 951
P.O. Box 1347                                                  Wilmington, DE  19899
Wilmington, DE 19899-1347                           (302) 984-6000
(302) 658-9200                                                provner@potteranderson.com
klouden@mnat.com                                         Attorneys for Defendants
lpolizoti@mnat.com
Attorneys for Plaintiff

SO ORDERED this _____ day of _____, 2005.


_____
U.S.D.J.

487974