IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDTRONIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-045 (SLR) |
| | ) | |
| EDWARDS LIFESCIENCES CORP. and | ) | |
| EDWARDS LIFESCIENCES LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective undersigned counsel of record, and subject to the Order of this Court that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

MORRIS, NICHOLS, ARSHT & TUNNELL         POTTER ANDERSON & CORROON LLP

By: __/s/ Karen Jacobs Louden__             By: __/s/ Philip A. Rovner__
    Karen Jacobs Louden (#2881)                 Philip A. Rovner (#3215)
    Leslie A. Polizoti (#4299)                      P.O. Box 951
    P.O. Box 1347                                   Wilmington, DE 19899
    Wilmington, DE 19899-1347                       (302) 984-6000
    (302) 658-9200                                  E-mail: provner@potteranderson.com
    E-mail: klouden@mnat.com

    Attorneys for Plaintiff Medtronic, Inc.        Attorneys for Defendants
                                                    Edwards Lifesciences Corp. and
                                                    Edwards Lifesciences LLC

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

703293