CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00045-SLR
### Internal Use Only

| | |
|---|---|
| Medtronic Inc. v. Edwards Lifesciences, et al | Date Filed: 01/27/2005 |
| Assigned to: Honorable Sue L. Robinson | Jury Demand: None |
| Demand: $0 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Declaratory Judgment | Jurisdiction: Diversity |

**Plaintiff**

**Medtronic Inc.**  represented by  **Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: kjlefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Polizoti**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: lpolizoti@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Edwards Lifesciences Corp.**  represented by  **Philip A. Rovner**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: provner@potteranderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edwards Lifesciences LLC**             represented by **Philip A. Rovner**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2005 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 137857 (mwm) (Entered: 01/28/2005) |
| 01/27/2005 |  | SUMMONS(ES) issued for Edwards Lifesciences LLC (mwm) (Entered: 01/28/2005) |
| 01/27/2005 | 2 | Disclosure Statement pursuant to Rule 7.1 by Medtronic Inc. (mwm) (Entered: 01/28/2005) |
| 02/02/2005 | 3 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 02/02/2005) |
| 02/08/2005 | 4 | SUMMONS Returned Executed by Medtronic Inc.. Edwards Lifesciences Corp. served on 1/27/2005, answer due 2/16/2005. (dab, ) (Entered: 02/14/2005) |
| 02/08/2005 | 5 | SUMMONS Returned Executed by Medtronic Inc.. Edwards Lifesciences LLC served on 1/27/2005, answer due 2/16/2005. (dab, ) (Entered: 02/14/2005) |
| 02/16/2005 | 6 | ANSWER to Complaint by Edwards Lifesciences Corp., Edwards Lifesciences LLC.(rld, ) (Entered: 02/16/2005) |
| 02/16/2005 | 7 | Disclosure Statement pursuant to Rule 7.1 filed by Edwards Lifesciences Corp., Edwards Lifesciences LLC; no parent corp. (rld, ) (Entered: 02/16/2005) |
| 04/25/2005 | 8 | Order Setting Teleconference: Telephonic Scheduling Conference set for 5/24/2005 09:00 AM before Honorable Sue L. Robinson.. Signed by Judge Sue L. Robinson on 4/22/05. (rld, ) (Entered: 04/25/2005) |
| 06/09/2005 | 9 | Letter to Chief Judge Robinson from Karen Jacobs Louden regarding Scheduling Order. (Louden, Karen) (Entered: 06/09/2005) |
| 06/09/2005 | 10 | MOTION for Pro Hac Vice Appearance of Attorney Darren B. Schwiebert - filed by Medtronic Inc.. (Louden, Karen) (Entered: 06/09/2005) |
| 06/10/2005 |  | Minute Entry for proceedings held before Judge Sue L. Robinson : Scheduling TeleConference held on 6/10/2005. Counsel to submit a final briefing/scheduling order. (Court Reporter n/a.) (rld, ) (Entered: 06/10/2005) |
| 06/13/2005 |  | SO ORDERED, re 10 MOTION for Pro Hac Vice Appearance of Attorney Darren B. Schwiebert filed by Medtronic Inc., . Signed by Judge Sue L. Robinson on 6/13/05. (rld, ) (Entered: 06/13/2005) |

| | | |
|---|---|---|
| 06/15/2005 | 11 | STIPULATION briefing schedule *Stipulation And Order* by Medtronic Inc., Edwards Lifesciences Corp., Edwards Lifesciences LLC. (Louden, Karen) (Entered: 06/15/2005) |
| 06/17/2005 | | SO ORDERED, re 11 Stipulation filed by Edwards Lifesciences Corp.,, Edwards Lifesciences LLC,, Medtronic Inc., Setting Oral Argument for 10/12/05 at 4:00 PM; briefing on declaratory jgm. shall be as follows: Defendant'sOpening Brief due 8/5/2005. Plaintiff's Answering Brief due 8/31/2005. Defendant's Reply Brief due 9/16/2005. Signed by Judge Sue L. Robinson on 6/17/05. (rld, ) (Entered: 06/17/2005) |
| 06/17/2005 | | Set Deadlines/Hearings: Oral Argument set for 10/12/2005 04:00 PM in Courtroom 6B before Honorable Sue L. Robinson, per court's granting D.I. 11. (rld, ) (Entered: 06/17/2005) |
| 08/01/2005 | 12 | STIPULATION TO EXTEND TIME opening brief, answering and reply briefs on declaratory judgment action to Defendants' opening brief - August 19, 2005; Plaintiff's answering brief September 14, 2005; reply brief September 30, 2005 - filed by Edwards Lifesciences Corp., Edwards Lifesciences LLC. (Rovner, Philip) (Entered: 08/01/2005) |
| 08/02/2005 | | SO ORDERED, re 12 STIPULATION TO EXTEND TIME opening brief, answering and reply briefs on declaratory judgment action to Defendants' opening brief - August 19, 2005; Plaintiff's answering brief September 14, 2005; reply brief September 30, 2005 filed by Edwards Lifesciences Corp.,, Edwards Lifesciences LLC,, Set Briefing Schedule: Opening Brief due 8/19/2005.Answering Brief due 9/14/2005.Reply Brief due 9/30/2005. Signed by Judge Sue L. Robinson on 8/2/05. (rld, ) (Entered: 08/02/2005) |
| 08/19/2005 | 13 | MOTION for Judgment as a Matter of Law *dismissing Plaintiff's declaratory judgment action* - filed by Edwards Lifesciences Corp., Edwards Lifesciences LLC. (Attachments: # 1 Text of Proposed Order Exhibit A)(Rovner, Philip) (Entered: 08/19/2005) |
| 08/19/2005 | 14 | ==SEALED OPENING BRIEF in Support re 13 MOTION for Judgment as a Matter of Law *dismissing Plaintiff's declaratory judgment action* filed by Edwards Lifesciences Corp., Edwards Lifesciences LLC.Answering Brief/Response due date per Local Rules is 9/2/2005. (Rovner, Philip) (Entered: 08/19/2005)== |
| 08/19/2005 | 15 | ==SEALED DECLARATION re 13 MOTION for Judgment as a Matter of Law *dismissing Plaintiff's declaratory judgment action*, 14 Opening Brief in Support, *Declaration of Philip A. Rovner in support of Edwards LIfesciences Corp.'s and Edwards LIfesciences LLC's motion for judgment as a matter of law dismissing plaintiff's declaratory judgment action* by Edwards Lifesciences Corp., Edwards Lifesciences LLC. (Rovner, Philip) (Entered: 08/19/2005)== |
| 08/26/2005 | 16 | Letter to Dr. peter T. Dalleo from Philip A. Rovner, Esq. regarding Public Version of D.I. 14 re 14 Opening Brief in Support,. (Rovner, Philip) (Entered: 08/26/2005) |
| | | |