OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 21, 2006

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza,
6th Flr., P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email:provner@potteranderson.com

RE: <u>Medtronic Inc., v. Edwards Lifesciences Corp., and Edwards Lifesciences LLC.</u>
Civ. No.: 05-045 SLR

Dear Counsel:

Pursuant to the Order entered on 8/11/06 by Chief Judge Sue L. Robinson, the following documents are herewith being returned to you:

ITEM(S): 14 and 15.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on ___8/21/06___.

_____
Signature